## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
|     Debtors. | (Jointly Administered) |
| | |
| FTX RECOVERY TRUST, | |
|         Plaintiff, | |
|     - against - | |
| SENATE LEADERSHIP FUND, | Adv. Pro. No. 24-50202 (KBO) |
|         Defendant. | |

## <u>VOLUNTARY NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, the FTX Recovery Trust, by and through its undersigned counsel, hereby voluntarily dismisses the above-captioned adversary proceeding with prejudice.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

{1368.003-W0082734.}

Dated: July 22, 2025

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
         cobb@lrclaw.com
         mcguire@lrclaw.com
         robertson@lrclaw.com

*Counsel for Plaintiff*

{1368.003-W0082734.}                    2